CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 2 2 2005

JOHN F. CORCORAN, CLERK
BY: H McDonal
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIAM D. AMOS, | ) Civil Action No. 4:05CV00005 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Jackson L. Kiser |
| VIRGINIA EMPLOYMENT COMMISSION, et al., | ) Senior United States District Judge |
| Defendants. | ) |

Before me is Defendants' Motion to Dismiss and Motion to Strike [5]. The parties have briefed the issues and oral argument was held on April 8, 2005. The motion is therefore ripe for decision. For the reasons in the accompanying Memorandum Opinion, I hereby **GRANT** Defendants' Motion to Dismiss with respect to all claims against the individual Defendants: Norma Turner, Dolores Esser, Bill Jacobs, Woody Tucker, Aundy Holland, Kristina Skeldon, Sally Henderson, Barbara Weeks Smith, Linda Daniel, and Diane Wilmouth. The Motion to Dismiss is **GRANTED** with respect to the hostile work environment claim but **DENIED** with respect to the retaliation claim. Defendants' Motion to Strike punitive damages from the Complaint is **GRANTED**.

The suit will proceed solely on the retaliation claim against the Virginia Employment Commission. The clerk is directed to send a certified copy of this Order to all counsel of record and to the *pro se* Plaintiff.

ENTERED this 22nd day of April, 2005.

*/s/ Jackson L. Kiser*
Senior United States District Judge