IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIAM D. AMOS, | ) |
| | ) Case No. 4:05cv00005 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| VIRGINIA EMPLOYMENT | ) |
| COMMISSION, et al., | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendants. | ) |

Before me are Plaintiff's Motion for Reconsideration, to Alter, or Amend Judgment [44] and Defendants' Motion for Summary Judgment [46]. The parties have briefed the issues and oral argument was held on August 11, 2005. The motion is therefore ripe for decision. For the reasons set forth in the accompany Memorandum Opinion, I hereby **DENY** Plaintiff's Motion for Reconsideration, to Alter or Amend Judgment and **GRANT** Defendants' Motion for Summary Judgment.

The Clerk is hereby instructed to strike this matter and any outstanding motions from the Court's docket. The clerk is further directed to send a copy of this Memorandum Opinion and the accompanying Order to the *pro se* Plaintiff and all counsel of record.

Entered this 19th day of August, 2005.

s/Jackson L. Kiser
Senior United States District Judge