IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIAM D. AMOS, ) | |
| ) | Case No. 4:05CV00005 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VIRGINIA EMPLOYMENT ) | |
| COMMISSION, et al., ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendants. ) | |

On August 19, 2005, this Court entered an Order granting Defendant Virginia Employment Commission's ("VEC") Motion for Summary Judgment. Before me now is Plaintiff William D. Amos' ("Amos") Motion for Reconsideration, to Alter, or Amend Judgment. For the reasons set forth in the accompanying Memorandum Opinion, I hereby **DENY** Amos' Motion for Reconsideration. The case is dismissed in its entirety in accordance with the earlier Summary Judgment Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 23rd day of September, 2005.

s/Jackson L. Kiser
Senior United States District Judge